UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>IRA HUE McQUEEN,<br><br>      Defendant. | CASE NO. 3:03-cr-05362-DGE<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

  Before the Court is Defendant Ira McQueen's Motion for Early Termination of Supervised Release. (Dkt. No. 124.)

  On September 10, 2004, McQueen was sentenced to 264 months in custody followed by five years of supervised release based on convictions for attempted manufacture of methamphetamine, possession of a firearm in furtherance of a drug trafficking offense, felon in possession of a firearm, and witness tampering. (Dkt. No. 118.) Defendant began supervised release on May 27, 2022 and it will expire on May 26, 2027. (Dkt. No. 127 at 1.)

  The government opposes early termination asserting that "given the defendant's criminal history, termination at this time is premature." (Dkt. No. 128 at 2.) Likewise, Probation opposes early termination "because of the nature of the instant offense and [McQueen's] criminal history." (Dkt. No. 127 at 2.)

ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (DKT. NO. 6) - 1

In the over three years since beginning his term of supervise release, McQueen has had no violations, maintained a stable residence, maintained consistent full-time employment, reported monthly to Probation and been communicative, and has tested negative for alcohol and non-prescribed substance use. (*Id*. at 1.) McQueen is classified as "low moderate risk to reoffend." (*Id*.) Probation has "not discovered any concerning delinquency or suspicious activity. (*Id*.) Also included with McQueen's motion are letters from family, current employer, former employer, and a local food bank where McQueen regularly volunteers. (Dkt. No. 124-1.) And, as McQueen points out, neither the government nor Probation have "identified any additional services that Mr. McQueen might need[.]" (Dkt. No. 129 at 1.)

Though the government and Probation express concerns about McQueen's criminal history, for which he completed his custody sentence, the Court finds McQueen has shown he has complied with all terms of supervision to date and otherwise has become stable in the community. Although the risk of possibly reoffending is always present, it appears McQueen has received maximum benefit from supervision and successfully reentered into society.

Pursuant to 18 U.S.C. § 3583(e), and after having considered the factors set forth in 18 U.S.C. § 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7), the Court finds McQueen has established the basis to grant his request for early termination of supervised release. Accordingly, McQueen's Motion for Early Termination of Supervised Release (Dkt. No. 124) is GRANTED. McQueen's term of supervised release is terminated, effective immediately.

The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

Dated this 26th day of August 2025.

David G. Estudillo
United States District Judge

ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (DKT. NO. 6) - 3